74 A.3d 1024

Mark CHARNET, Petitioner

v.

BUREAU OF ADMINISTRATIVE ADJUDICATION, Respondent.

No. 66 EM 2013.

Supreme Court of Pennsylvania.

Sept. 9, 2013.

## ORDER

PER CURIAM.

AND NOW, this 9th day of September, 2013, the Petition for Review is DENIED.

74 A.3d 1025

James L. MARTIN, Petitioner

v.

PENNSYLVANIA BOARD OF LAW EXAMINERS, Respondent.

No. 109 EM 2013.

Supreme Court of Pennsylvania.

Sept. 10, 2013.

## ORDER

PER CURIAM.

AND NOW, this 10th day of September, 2013, the Petition for Review is DENIED.